| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Bar #87692<br>Acting Federal Defender |
| 2 | FRANCINE ZEPEDA, Bar #91175<br>Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |

**FILED**
MAY 23 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK
rec'd today 5/23/13

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-  1:13-CR-00201

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER**<br>) **APPOINTING COUNSEL** |
| v. | ) |
| NATASHA GARCIA, | ) |
| Defendant. | ) |

The defendant, Natasha Garcia, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

The defendant submits the attached financial affidavit as evidence of her inability to obtain counsel. Also included is a copy of a letter provided by the U.S. Attorney's Office indicating that they have received a report from the U.S. Secret Service, which indicates that Ms. Garcia has violated 18 U.S.C. § 641, Theft of Government Property. Therefore, it is requested that counsel be appointed.

After reviewing Ms. Garcia's Financial Affidavit, it is recommended that the Federal Defender be appointed.

Dated: March _____, 2013

/s/ FRANCINE ZEPEDA
FRANCINE ZEPEDA
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: March 23, 2013
May

_____
HONORABLE BARBARA M. McAULIFFE
United States Magistrate Judge